IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CLINICAL INNOVATIONS, LLC, dba, CLINICAL INNOVATIONS, INC., a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>UTAH MEDICAL PRODUCTS, INC.,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DENYING UTAH MEDICAL'S MOTION TO MODIFY SCHEDULING ORDER AND FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT<br><br><br>Case No. 2:05-CV-634 TS |

Defendant Utah Medical seeks to amend the scheduling order to allow it to file a new summary judgment motion on the issue of invalidity based upon the recent Supreme Court case *KRS International Co. v. Teleflex, Inc.*, 127 S.Ct. (2007). Defendant contends that the *Teleflex* case changed the law regarding obviousness, an issue for trial. Defendant contends that it would be more efficient to vacate the trial date and have the issue determined by a new Motion prior to any trial.

1

Plaintiff Clinical Innovations opposes the Motion on the grounds that (1) it is untimely; (2) *Teleflex* has not resulted in so substantial a change in law as to warrant delay; (3) it would be prejudicial because it would delay the resolution of this case by postponing trial and requiring the expense and delay inherent in a new round of dispositive motions.

Being fully advised, it is therefore

ORDERED that Defendant's Motion to Modify Scheduling Order and for Leave to File Motion for Summary Judgment re: Invalidity is DENIED.

DATED  September 11, 2007.

                                BY THE COURT:

                                _____
                                TED STEWART
                                United States District Judge