DAVID G. MANGUM (4085)

C. KEVIN SPEIRS (5350)

CATHERINE AGNOLI (6161)

MICHAEL R. MCCARTHY (8850)

ecf@parsonsbehle.com

PARSONS BEHLE & LATIMER

One Utah Center
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, UT  84145-0898

Telephone: (801) 532-1234

Facsimile: (801) 536-6111

Attorneys for Plaintiff

RICHARD D. BURBIDGE
JEFFERSON W. GROSS
ANDREW J. DYMEK
BURBIDGE & MITCHELL
215 South State Street
Suite 920
Salt Lake City, Utah 84111
Telephone: (801) 355-6677
Facsimile: (801) 355-2341

CRAIG J. MADSON
MADSON & AUSTIN
15 West South Temple, Suite 900
Salt Lake City, Utah 84101

Telephone: (801) 537-1700

Facsimile: (801) 537-1799

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| CLINICAL INNOVATIONS, LLC, dba CLINICAL INNOVATIONS, INC., <br><br> a Delaware Limited Liability Company, <br><br>             Plaintiff & Counterclaim Defendant, <br><br>      v. <br><br> UTAH MEDICAL PRODUCTS, INC., <br><br> a Utah corporation, <br><br>             Defendant & Counterclaimant. | Case No. 2:05-CV-634 TS <br><br> **FINAL JUDGMENT** <br><br> Honorable Ted Stewart |

Pursuant to the Court's Memorandum Decision and Order Granting Utah Medical's Motion for Summary Judgment on Non-Infringement and Denying Clinical Innovations' Motion for Summary Judgment [Docket No. 151] and the Stipulation for Entry of Final Judgment [Docket No. 153] of Plaintiff Clinical Innovations, LLC, dba Clinical Innovations, Inc., and Defendant Utah Medical Products, Inc.,

The Court **ORDERS** as follows:

1. For the reasons expressed in the Court's September 11, 2007 Memorandum Decision and Order Granting Utah Medical's Motion for Summary Judgment on Non-Infringement and Denying Clinical Innovations' Motion for Summary Judgment [Docket No. 151], judgment of non-infringement is entered for Defendant Utah Medical Products, Inc. and against Plaintiff Clinical Innovations, LLC.

2. Pursuant to the parties' Stipulation [Docket No. 153] and Federal Rule of Civil Procedure 41(a)(1)(ii) and (c), Defendant's Counterclaim for a Declaratory Judgment of Invalidity is dismissed.

3. Pursuant to the parties' Stipulation [Docket No. 153] and Federal Rule of Civil Procedure 41(a)(1)(ii), any remaining claims of Plaintiff are dismissed with prejudice.

4. Pursuant to the parties' Stipulation [Docket No. 153] and Federal Rule of Civil Procedure 54(d)(1), costs are taxed against Plaintiff and awarded to Defendant in the amount of $11,947.20.  The parties shall otherwise bear their own costs and attorneys fees.

5.  This Order, having disposed of all of the claims brought by and against the parties herein, final judgment is hereby entered and the **CASE CLOSED**.

DATED: September 17, 2007

BY THE COURT

_____
UNITED STATES DISTRICT JUDGE

The foregoing [Proposed] Final Judgment (prior to execution by the court) is adopted by the parties:

| DATED this 12th day of September, 2007. | DATED this 12th day of September, 2007. |
|---|---|
| /s  C. Kevin Speirs | /s  Jefferson W. Gross |
| DAVID G. MANGUMC. KEVIN SPEIRSCATHERINE AGNOLIMICHAEL R. MCCARTHYPARSONS BEHLE & LATIMERAttorneys for PlaintiffClinical Innovations, LLC, dbaClinical Innovations, Inc. | RICHARD D. BURBIDGEJEFFERSON W. GROSSANDREW J. DYMEKBURBIDGE, MITCHELL & GROSS<br><br>Attorneys for Defendant<br><br>Utah Medical Products, Inc.<br><br>*(signed by permission of Defendant's Counsel /s C. Kevin Speirs)* |